IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-377 |
| v. | : | DATE FILED: May 25, 2021 |
| AYOUB TABRI<br>LESTER FULTON SMITH | :<br>:<br>:<br>:<br>:<br>:<br>: | VIOLATIONS:<br>18 U.S.C. § 844(f)(1) and (2) (arson of property belonging to an agency receiving federal funding – 1 count)<br>18 U.S.C. § 844(i) (arson affecting interstate commerce – 1 count)<br>18 U.S.C. § 231(a)(3) (obstruction of law enforcement during a civil disorder – 1 count)<br>18 U.S.C. § 2 (aiding and abetting)<br>Notice of forfeiture |

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendants

**AYOUB TABRI and**
**LESTER FULTON SMITH**

maliciously damaged and destroyed, attempted to damage and destroy, and aided and abetted the damaging and destruction, by means of fire, of Pennsylvania State Police vehicle K1-17, a vehicle in whole and in part owned and possessed by the Pennsylvania State Police, an institution and organization receiving Federal financial assistance, and in so doing, created a substantial risk of injury to one or more persons, including public safety officers.

In violation of Title 18, United States Code, Sections 844(f)(1), (f)(2), and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendants

**AYOUB TABRI and
LESTER FULTON SMITH**

maliciously damaged and destroyed, attempted to damage and destroy, and aided and abetted the damaging and destruction, by means of fire, of a vehicle, that is, Pennsylvania State Police vehicle K1-17, used in interstate and foreign commerce and in activity affecting interstate and foreign commerce, and other personal property used in interstate and foreign commerce and in activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 844(i) and 2.

## **COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendants

**AYOUB TABRI and
LESTER FULTON SMITH**

knowingly committed acts, and aided and abetted such acts, to obstruct, impede, and interfere with law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, which obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce, through the destruction and attempted destruction of Pennsylvania State Police vehicle K1-17.

In violation of Title 18, United States Code, Sections 231(a)(3) and 2.

## **NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 844(f)(1), (f)(2) and 844(i), set forth in this indictment, defendants

**AYOUB TABRI and
LESTER FULTON SMITH**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

A TRUE BILL:

███████████
_____
**GRAND JURY FOREPERSON**

_____
**JENNIFER ARBITTIER WILLIAMS**
**UNITED STATES ATTORNEY**

5

No. 20-377

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

AYOUB TABRI
LESTER FULTON SMITH

## SUPERSEDING INDICTMENT

18 U.S.C. § 844(f)(1) and (2) (arson of property belonging to an agency receiving federal funding - 1 count)
18 U.S.C. § 844(i) (arson affecting interstate commerce – 1 count)
18 U.S.C. § 231(a)(3) (obstruction of law enforcement during a civil disorder – 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notice of Forfeiture

_____
A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____